Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
O.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, | Case No. CV 10-6787-CJC (OP) |
| Plaintiff, | |
| v. | JUDGMENT |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the Petition for Writ of Mandamus without prejudice for failure to prosecute, and Judgment shall be entered accordingly.

DATED: April 1, 2011

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge